```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Maurice Biron

    v.                              Civil No. 12-cv-00007-JL

Cary Carpender


## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **July 30, 2012.**

The Discovery Plan (document no. 6) is approved as submitted, with the following changes:

- Close of discovery – **July 1, 2013**
- Summary judgment deadline – **120 days prior to final pretrial conference**
- Jury trial – **September, 2013**

**Summary Judgment.** The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.** Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with

adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

    Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

    **SO ORDERED.**

                                                    _____
                                                   Joseph N. Laplante
                                                   United States District Judge

Dated: August 6, 2012

cc:   Ronald E. Cook, Esq.
       Doreen F. Connor, Esq.